AFFIDAVIT OF SPECIAL AGENT TAYLOR HERMAN

I, Taylor Herman, having been duly sworn, hereby depose and state as follows:

1.      I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been since October of 2023. I am currently assigned to the FBI Boston Field Office. I have received training at the Federal Bureau of Investigation Training Academy in Quantico, Virginia as well as training and experience in the investigation of assault, violent crimes, and a variety of national security matters. In the course of my official duties as a Special Agent assigned the Boston Joint Terrorism Task Force (JTTF), I am charged with the investigation of threats and acts of international terrorism, homegrown violent extremism, and various other matters of national security. As a result of my training and experience, I am familiar with the techniques and methods of operation used by individuals involved with criminal activity, their methods used to plan and execute crimes, as well as to conceal their activities from detection by law enforcement.

1.      I submit this affidavit in support of an application for a criminal complaint charging Kenneth PACHECO, born May 21, 1992, with unlawfully threatening a federal law enforcement officer, in violation 18 U.S.C. § 115.

2.      As detailed below, there is probable cause to believe that on or about October 7, 2025, PACHECO made an unlawful threat against a specific Federal law enforcement officer ("Federal Officer 1") with the intent to impede, intimidate, or interfere with Federal Officer 1 in the performance of their official duties and to retaliate against Federal Officer 1 on account of Federal Officer 1's performance of their official duties.

3.      The information set forth in this affidavit is based on an investigation conducted by law enforcement agents, including myself. I have reviewed certain reports prepared by other law enforcement officers regarding their observations, and have had conversations with other law enforcement agents regarding other facts developed during this investigation. This affidavit

is intended to establish sufficient probable cause for the issuance of the requested criminal complaint and does not set forth all my knowledge about this matter.

RELEVANT STATUTES

4.      Title 18, United States Code, Section 115(a)(1)(B) makes it unlawful to "threaten[] to assault, kidnap, or murder … a Federal law enforcement officer … with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties."

5.      For purposes of 18 U.S.C. § 115, "'Federal law enforcement officer' means any officer, agent, or employee of the United States authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of any violation of Federal criminal law."

STATEMENT OF PROBABLE CAUSE

*Federal Officer 1*

6.      Federal Officer 1 is a Massachusetts State Police Officer and a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI") Joint Terrorism Task Force ("JTTF"). As a TFO, Federal Officer 1 is authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws. Federal Officer 1's duties include, but are not limited to, investigating cases of domestic and foreign terrorism, criminal threatening, and other crimes.

*The May 2025 Threats Investigation*

7.      On or about May 14, 2025, the Boston Regional Intelligence Center ("BRIC") received a tip from a complainant alleging that an individual using the online moniker "Amir

Haqqani" was using a Facebook account to make threats to kill the complainant and other individuals. The complainant also indicated that Haqqani was posting comments supportive of ISIS, a designated Foreign Terrorist Organization.

8.      The May 14, 2025 threatening messages included the following:

    a.    "You ever mention my name to police again I'll come to your house and I'll stomp your head into the f****** toilet."

    b.    "I will beat you senseless to the f****** ground.  They'll be pulling me off you because I'll be in jail for being a f****** woman beater you w****."

    c.    "Watch your back."

9.      Based upon records provided by Meta Inc., Facebook's parent company, PACHECO was identified as the likely operator of the account using the "Amir Haqqani" moniker.

10.     Based upon open-source information and social media posts, the complainant was assessed as likely to live outside of Massachusetts.

11.     PACHECO's most recent known addresses were in Ludlow, Taunton, and Raynham, MA.

12.     On May 17, 2025, believing that PACHECO's conduct may have violated federal laws prohibiting the provision of material support to foreign terrorist organizations (18 U.S.C. § 2339B) and making threats in interstate commerce to injure or kill another person (18 U.S.C. § 875(c)), Federal Officer 1 and a Boston Police Task Force Officer located and interviewed PACHECO.  PACHECO indicated he did not the know the complainant other than online, did not know the complainant's name or location, and had never met complainant in person.

13.     At the time, PACHECO was homeless and lacked any means to travel out of state.

*The July 2025 Suicide Threat*

14.     On or about July 24, 2025, the FBI received a call from a relative ("Relative 1") of PACHECO concerning PACHECO.  The call was transferred to Federal Officer 1.

15.     Relative 1 informed Federal Officer 1 that PACHECO had messaged Relative 1 via Facebook and stated that he was "going to take [his] life."

16.     Federal Officer 1 contacted PACHECO via telephone and checked on PACHECO's well-being.  PACHECO stated that he was "good" and did not want help.

17.     Federal Officer 1 asked PACHECO for his location.  PACHECO declined to provide a location and disconnected the call.

18.     Massachusetts state investigators used an emergency phone ping to identify the approximate location of PACHECO, which was in the West Roxbury neighborhood of Boston.

19.     Boston Police Officers located PACHECO and conducted a well-being check. Subsequent to the check, PACHECO was involuntarily admitted to a hospital for mental health evaluation pursuant to Mass. General Law c. 123, Section 12.

*The October 2025 Threat Against Federal Officer 1 and Others*

20.     On or about October 7, 2025, PACHECO sent a series of text messages to Relative 1.  In those messages, PACHECO made a series of threats of harm and violence against several relatives and acquaintances, including a threat to shoot Federal Officer 1.

21.     Specifically, PACHECO's October 7, 2025 messages included the following:

  a.  "as soon as i get my license im going after a lot of people include [multiple acquaintances] there getting put in the fuckin hospital."[1]

  b.  "if [acquaintance] don't call me IM GONNA BE 10 times more violent."

---

[1] Errors and typos are as they appear in the original text messages.

    c.   "your not gonna get nowhere with [Federal Officer 1][2] he comes around Roxbury the Haitians will fuckin shoot him and that's a promise."

    d.   "ITS MY WAY OR PEOPLE GET HURT"

    e.   "if you call the cops someones getting hurt immediately."

22.    In the final text message on October 7th, PACHECO made a specific threat to Federal Officer 1:

> "if you dont want to answer me just let that pig [Federal Officer 1] know im gonna blow his fuckin brains out since you spoke to him already MAKE SURE YOU FUCKIN TELL HIM THAT"

CONCLUSION

Based on the foregoing facts, there is probable cause to believe that Kenneth PACHECO did threaten to murder a Federal law enforcement officer with intent to impede, intimidate, or interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties.

//

//

//

//

//

//

//

//

---

[2] In the text messages PACHECO refers to Federal Officer 1 by using a phonetic spelling of the officer's first name.

WHEREFORE, I respectfully request that the Court issue an arrest warrant and criminal complaint charging Kenneth PACHECO with unlawfully threatening a federal law enforcement officer in violation of 18 U.SC. § 115(a)(1)(B).

Sworn to under the pains and penalty of perjury,

/s/ Taylor Herman

_____

Special Agent Taylor Herman
Federal Bureau of Investigation

Sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1 on October 17, 2025

HON. M. PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE

