JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** 2    **Investigating Agency** FBI
**City** Boston, MA
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    [ ] Yes [✓] No

**Defendant Name:** Kenneth PACHECO    Juvenile: [ ] Yes [✓] No
Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No
**Alias Name:** Amir Haqqani
**Address:** Unknown
**Birth date (Yr only):** 1992    **SSN (last 4#):** 7342    **Sex:** M    **Race:** Caucasian    **Nationality:** USA

**Defense Counsel if known:** _____    **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Chris Looney    **Bar Number if applicable:** 676187

**Interpreter:** [ ] Yes [✓] No    List language and/or dialect: _____

**Victims:** [✓] Yes [ ] No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [✓] No

**Matter to be SEALED:** [✓] Yes [ ] No

[✓] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:** _____
**Arrest Date:** October 17, 2025

[ ] Already in Federal Custody as of _____ in _____
[ ] Already in State Custody at _____    [ ] Serving Sentence    [ ] Awaiting Trial
[ ] On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:** [✓] Complaint    [ ] Information    [ ] Indictment
**Total # of Counts:** [ ] Petty ___ [ ] Misdemeanor ___ [✓] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/17/2025    **Signature of AUSA:** /s/ Chris Looney

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Kenneth Pacheco

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1: 18 USC 115(a) | Threatening to Kill a Law Enforcement Officer | 1 |
| Set 2: | | |
| Set 3: | | |
| Set 4: | | |
| Set 5: | | |
| Set 6: | | |
| Set 7: | | |
| Set 8: | | |
| Set 9: | | |
| Set 10: | | |
| Set 11: | | |
| Set 12: | | |
| Set 13: | | |
| Set 14: | | |
| Set 15: | | |

**ADDITIONAL INFORMATION:**