IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 25-cr-6480-MPK |
| ) | |
| Kenneth Pacheco, ) | |
| ) | |
| Defendant ) | |

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America hereby moves this Court to direct that the criminal complaint, supporting affidavit and arrest warrant be unsealed. In support of this motion, the government states that the defendant was arrested on October 20, 2025, and that there is no further reason to keep the complaint, supporting affidavit, and arrest warrant secret.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Timothy H. Kistner*
Timothy H. Kistner
Christopher Looney
Assistant U.S. Attorneys

Date: October 20, 2025